1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,        )   Case No.: SACR 11-296 DOC

11                    Plaintiff,        )   ORDER OF DETENTION PENDING
                                        )   FURTHER REVOCATION
12                                      )   PROCEEDINGS
             v.                         )   (FED. R. CRIM. P. 32.1(a)(6); 18
13                                      )   U.S.C. § 3143(a)(1))
      MARCUS JOSEPH DeWitt             )
14                    Defendant.        )
15    _____ )

16        The defendant having been arrested in this District pursuant to a warrant

17    issued by the United States District Court for the _____Central_____ District of

18    _California_ for alleged violation(s) of the terms and conditions of probation

19    or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21    Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22    A. (X)   The defendant has not met his/her burden of establishing by clear and

23             convincing evidence that he/she is not likely to flee if released under 18

24             U.S.C. § 3142(b) or (c). This finding is based on the following:

25             (X)   information in the Pretrial Services Report and Recommendation

26             (X)   information in the violation petition and report(s)

27             (X)   the defendant's nonobjection to detention at this time

28             ( )   other: _____

1

1        and/ or
2   B. (√)      The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18 U.S.C.
5              § 3142(b) or (c).  This finding is based on the following:
6              (√)     information in the Pretrial Services Report and Recommendation
7              (√)     information in the violation petition and report(s)
8              (√)     the defendant's nonobjection to detention at this time
9              (  )     other: _____
10
11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.
13
14  Dated: August 7, 2013                            _____
15                                                   SHERI PYM
                                                     United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

2